FILED 05 OCT 19 12:19 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RALPH D. PALMER,                                  Civil No. 04-6255-TC
                                                  O R D E R
       Plaintiff,

  vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

---

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on September 8, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Plaintiff has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 17) that the ALJ's

1 - ORDER

| | |
|---|---|
| 1 | decision finding plaintiff not disabled is supported by |
| 2 | substantial evidence, therefore the Commissioner's decision is |
| 3 | affirmed and this case is dismissed. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated this _18_ day of October 2005. |

_/s/ Ann Aiken_
Ann Aiken
United States District Judge

2 - ORDER